IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                    **Case No. 11-40046-01 thru 08-RDR**

JAMES JUSTIN WOODS; TIFFANY D. WOOSLEY; MIRANDA C. MAUK; BRADLEY GUERRERO; LINDSAY N. LEE; JENNIFER R. SIMPSON; KAREN M. SHUTTS; and SHAWN F. POLINSKEY,

        Defendants.

### O R D E R

The court has entered an order extending the deadline for filing pretrial motions in the case of a co-defendant, U.S. v. Mauk, 11-40046-03. The motion for extension in that case indicated that government counsel and counsel for most defendants did not object to the requested extension. For the reasons set forth in the motion for extension from defendant Mauk, the court shall extend the pretrial motions deadline for all defendants to December 16, 2011. The government shall have time until December 30, 2011 to file a response. A hearing upon the motions shall be set for January 13, 2012 at 9:30 a.m. The court finds that this extension of time should be considered excludable time for the purposes of the Speedy Trial Act for the reasons set forth in defendant Mauk's motion and the order granting that motion.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2011 at Topeka, Kansas.

>    s/Richard D. Rogers
>    United States District Judge