**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA
                      Plaintiff,

      vs.                                               Case No. 11-40046-01-RDR

JAMES JUSTIN WOODS
                    Defendant

## **MINUTE ORDER**

BY THE DIRECTION AND WITH THE APPROVAL OF THE HONORABLE KATHRYN H. VRATIL, CHIEF JUDGE:

        This case is returned to the Clerk, U.S. District Court, for reassignment.
        This case is transferred from the Honorable Richard D. Rogers, Senior Judge, to to the Honorable John W. Lungstrum, Senior Judge, for all further proceedings. It should also be noted that with the transfer of this case to Judge Lungstrum, the case number is changed to 11-40046–01-JWL.

        Dated this 26th day of October, 2012, at Topeka, Kansas.

                                                      TIMOTHY M. O'BRIEN, CLERK

                                                    BY: s/Mary E. Hill
                                                        Deputy Clerk